Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Christy Cuesta

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Christy Cuesta<br><br>   Plaintiff,<br><br>v.<br><br>TransUnion, LLC et. al.<br><br>   Defendants. | Case No.: 8:24-cv-02161-FWS-ADS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TRANSUNION, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Christy Cuesta and defendant TransUnion, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TransUnion, LLC within 35 days once the settlement is finalized.

Dated: October 27, 2024

**Gale, Angelo, & Johnson, P.C.**
/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1